**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 22-7439**

————————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID HILL,

        Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:01-cr-00191-CMH-1)

————————————

Submitted:  May 25, 2023                          Decided:  May 31, 2023

————————————

Before AGEE and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

David Hill, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill, a federal inmate, appeals the district court's order issuing a prefiling injunction in his criminal proceeding. Upon review of the record in conjunction with the arguments pressed on appeal, we conclude that the court did not abuse its discretion in issuing the injunction. *See Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812, 817-18 (4th Cir. 2004) (stating standard of review and providing four-factor test). Accordingly, we affirm the district court's order. *United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. Nov. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*